## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**DAVID OPPENHEIMER**

**Plaintiff,**

**v.**

**WL MAGAZINE GROUP, LLC, d/b/a WASHINGTON LIFE MAGAZINE,**

**Defendant.**

**Civil Action No.  1:20-cv-01451-ABJ**

## MEMORANDUM OF POINTS AND AUTHORITIES
## IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

Defendant WL Magazine Group, LLC d/b/a Washington Life Magazine moves to dismiss with prejudice Plaintiff David Oppenheimer's action in that it is barred under the statute of limitations.

### FACTUAL ALLEGATIONS

Plaintiff pleaded that he registered a photograph of Paul McCartney with the United States Copyright Office on June 19, 2013. Compl. ¶ 8. Plaintiff further pleads that Defendant copied, uploaded, and posted that photograph on its commercial website without Defendant's consent "beginning on or about July 14, 2014." *Id*. at ¶¶ 11-15. Based on these alleged acts, Plaintiff pleads claims under 17 U.S.C. § 101 et. seq. for infringement of the photograph (Count I), and under 17 U.S.C. § 1202(a)(1) and (b)(1) removal or alteration of the copyright management information (Count II).

### LEGAL STANDARD

Defendant moves to dismiss this action under Fed. R. Civ. P. 12(b)(6).

### ARGUMENT

Plaintiff's claims under the Copyright Act, Title 17 of the USCA, for infringement and alteration of the photograph are barred under the 17 U.S.C.A. § 507, the applicable statute of limitations. 17 U.S.C.A. § 507 provides a three-year statute of limitation for any claim under the Copyright Act. The Plaintiff pleaded that the infringement on his photograph, and its alteration, occurred "beginning on or about July 14, 2014." Compl. ¶¶ 11-15. As such, his claims are barred under the statute of limitations. *Hammel v. Marsh USA Inc.,* 79 F. Supp. 3d 234, 238 (D.D.C. 2015) ("A motion to dismiss may be granted on statute of limitations grounds only if apparent from the face of the complaint.).

WHEREFORE, Defendant WL Magazine Group, LLC d/b/a Washington Life Magazine moves to dismiss with prejudice Plaintiff David Oppenheimer's Complaint for Copyright Infringement in that it is barred under the statute of limitations

Respectfully submitted,

*/s/ Max Maccoby*
Max Maccoby, DC Bar 462064
Washington Global Law Group PLLC
1701 Pennsylvania Ave. #200
Washington, DC 20006
773-960-8988 (cell)
maccoby@washglobal-law.com
*Counsel for Defendant WL Magazine Group*

## **CERTIFICATE OF SERVICE**

On November 20, 2020, I hereby certified that a true copy of the foregoing was served on

Plaintiff David Oppenheimer by ECF:

David C. Deal, Esq.
The law Office of David C. Deal, P.L.C.
P.O. Box 1042
Crozet, VA 22932
david@daviddeal.com
*Counsel for Plaintiff David Oppenheimer*

*/s/ Max Maccoby*