UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CASE NO.: 1:20-cv-01451-ABJ

DAVID GORDON OPPENHEIMER,

    Plaintiff,

v.

WL MAGAZINE GROUP, LLC DBA
WASHINGTON LIFE MAGAZINE,

    Defendant.

## NOTICE OF SETTLEMENT

Plaintiff David Gordon Oppenheimer, by and through his undersigned counsel, hereby notifies the Court that the parties have reached a settlement and requests until November 8, 2021 in which to file a Stipulation of Dismissal.

| | |
|---|---|
| Dated: October 7, 2021 | Respectfully submitted, |
| | */s/ Joel B. Rothman* <br> JOEL B. ROTHMAN <br> joel.rothman@sriplaw.com |
| | **SRIPLAW** <br> 21301 Powerline Road <br> Suite 100 <br> Boca Raton, FL  33433 <br> 561.404.4350 – Telephone <br> 561.404.4353 – Facsimile |
| | *Counsel for Plaintiff David Gordon Oppenheimer* |